

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00064-CV

_____

CARL M. TREE, Appellant

V.

DISCOVER BANK, Appellee

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2015-9882-CCL

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     January 31, 2017
Date Decided:     February 1, 2017